UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HOWERTON,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>EARTHGRAINS BAKING COMPANIES, INC., et al.,<br><br>　　　　Defendants | CASE NO. 1:13-CV-1397  AWI SMS<br><br>ORDER VACATING OCTOBER 21, 2013 HEARING DATE |

　　　　Defendants' have filed a motion to dismiss that has been set for hearing on October 21, 2013.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).  However, Plaintiff has filed a motion to remand that is set for hearing on November 6, 2013, before Magistrate Judge Snyder.  Because resolution of the motion to remand will determine whether a ruling on the motion to dismiss is necessary, the parties are advised that there will be no ruling on the motion to dismiss until after Plaintiff's motion to remand is resolved.

　　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 21, 2013, is VACATED, and the parties shall not appear at that time.  As of October 21, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　October 16, 2013　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE