UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HOWERTON,<br><br>               Plaintiff<br><br>        v.<br><br>EARTHGRAINS BAKING COMPANIES, INC., a Delaware corporation; SARA LEE CORPORATION; GRUPO BIMBO, S.A.B. de C.V.,; CHUCK LINTHICUM; KIMBERLY ZEPEDA; and DOES 1 through 20 inclusive,<br><br>               **Defendants** | CASE NO. 1:13-CV-1397 AWI SMS<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 29, 2014 AND TAKING MATTER UNDER SUBMISSION |

Defendants have made a motion for judgment on the pleadings. Doc. 20.  Plaintiff opposes the motion. Doc. 22.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 29, 2014, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 25, 2014                          _____
                                                                                SENIOR  DISTRICT  JUDGE